# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROBERT H. KALK,** *pro se* : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | Civil Action No. 04-1486-JJF |
| **FAIRFIELD LANGUAGE** : | |
| **TECHNOLOGIES** *et al.*, : | |
| **EUGENE STOLTZFUS,** : | |
| **and KATHRYN S. FAIRFIELD** : | |
| : | |
| **Defendants.** : | |

## ORDER

And now, in Wilmington, on this _____ day of _____, 2005, the Court having considered defendants' Motion to Strike and plaintiff's response thereto, it is hereby ORDERED that

1. Defendants' Motion to Strike is GRANTED, and that

2. Plaintiff's sur-reply papers, Docket Item 8, styled as "Opposition to Defendant's Renewed Motion to Dismiss Renewed Request for Hearing on the Merits of Motion" are stricken from the record.

_____

Hon. Joseph J. Farnan, U.S. District Judge