IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERT H. KALK, *pro se* | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | Civil Action No. 04-1486-JJF |
| FAIRFIELD LANGUAGE | : | |
| TECHNOLOGIES *et al.*, | : | |
| EUGENE STOLTZFUS, | : | |
| and KATHRYN S. FAIRFIELD | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I, Judith M. Kinney, Esquire, hereby certify that on this 8th day of March, 2005, I electronically filed ***Defendants' Motion to Strike Plaintiff's Sur-Reply Papers, Proposed Order and Certificate of Service*** with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

NONE (no registered participants).

I hereby certify that on this 8th day of March, 2005, I have mailed by United States Postal Service, First Class, the documents to the following non-registered participant:

Robert H. Kalk
833 North Van Buren Street
Wilmington, DE 19806

By: /s/ *Judith M. Kinney*
Judith M. Kinney (No. 3643)
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Tel: 302.778.7571
Fax: 302.778.7575
E-mail: jkinney@reedsmith.com

Dated: March 8, 2005