IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT H. KALK, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1486 JJF |
| FAIRFIELD LANGUAGE TECHNOLOGIES ET AL., EUGENE STOLTZFUS, and KATHRYN S. FAIRFIELD, | : |
| Defendants. | : |

## O R D E R

At Wilmington, this 22nd day of April 2005, for the reasons set forth in the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that the Motion To Dismiss The Complaint (D.I. 3) filed by Defendants Fairfield Language Technologies et al., Eugene Stoltzfus, and Kathryn S. Fairfield is **GRANTED**.

*[signature: Joseph J. Farnan Jr.]*
UNITED STATES DISTRICT JUDGE