

TO THE CLERK OF THE COURT
THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Tuesday, May 03, 2005

# Freedom of Information Act Request

This is a Freedom of Information Act Request for copies of all correspondence to, from, by or with the Court concerning the perjury of Kathryn S. Fairfield, as contained in her sworn Affidavit, as filed in Civil Action Number: 04-1486. In addition, the Requestor is seeking copies of all correspondence related to the possible Subornation of Perjury involving Counsel, Judith M. Kinney, in the same case.

*This request includes, but is not limited to all correspondence from the Court to the Federal Bar or the Delaware State Bar concerning the alleged professional misconduct of Judith M. Kinney.*

The information, as well as all requests for funds to cover copying costs, should be directed to the Requestor at the address below:

Robert H. Kalk
Post Office Box 56
Havre de Grace, MD 21078-0056
240-381-5289