IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 MAY -5  PM 3: 02

Robert H. Kalk *pro se*
Post Office Box 56
Havre de Grace, MD 21078-0056
240-381-5289

*Plaintiff*

vs.

Civil Number: 04-1486  JJF

Fairfield & Sons *et al*
DBA Fairfield Language Technologies
135 W. Market St.
Harrisonburg VA 22801
540-432-6166

Eugene Stoltzfus
3893 Mountain Valley Rd
Keezletown, VA 22832-2100
540-269-2005

Kathryn S. Fairfield
165 S. Main Street
Harrisonburg, VA 22801
540-434-0059

*Defendants*

## Notice of Address Change

*The Plaintiff has moved to Maryland. The new mailing address is: Post Office Box 56, Havre de Grace, MD 21078-0056.*

*Submitted May 3, 2005 by*

Robert H. Kalk, *pro se*

### Certificate of Service

I, Robert H. Kalk, hereby certify that on this 3rd day of May, 2005, I caused two (2) true and correct copies of the forgoing to be served upon the Attorney listed below for the Defendants, in the above captioned matter, via First Class, U.S. Mail.

Judith M. Kinney
1201 North Market Street, Suite 1500
Wilmington, DE. 19801

Robert H. Kalk – 05-03-2005