```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE
```

ROBERT H. KALK,                      :
                                     :
      Plaintiff,                    :
                                     :
  v.                                 : Civil Action No. 04-1486 JJF
                                     :
FAIRFIELD LANGUAGE TECHNOLOGIES      :
ET AL., EUGENE STOLTZFUS, and        :
KATHRYN S. FAIRFIELD,                :
                                     :
      Defendants.                   :

    WHEREAS, Plaintiff Robert H. Kalk filed a Motion For Definite Statement (D.I. 15) asking the Court to describe what steps it took to arrive at its decision to grant Defendants' Motion To Dismiss (D.I. 14);

    WHEREAS, Pursuant to Federal Rule of Civil Procedure 12(e), a motion for more definite statement is appropriate when a pleading to which a responsive pleading is permitted is so vague or ambiguous that a party cannot reasonably be required to frame a responsive pleading;

    WHEREAS, the Court has set forth the reasons for its decision on Defendants' Motion To Dismiss;

    NOW THEREFORE, IT IS HEREBY ORDERED that the Motion For Definite Statement (D.I. 15) filed by Plaintiff is **DENIED**.

May **10**, 2005
    DATE                                         UNITED STATES DISTRICT JUDGE